UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X **21-cv-2956 (MKB) (VMS)**
INTAZ SAHEBDIN,

Plaintiff,

-against-

**STIPULATION OF DISCONTINUANCE**

ANGELA KHELAWAN, and
YADRAM HARRY, and
A&N WEST INDIAN AMERICAN GROCERY, a/k/a
A&N FISH MARKET.

Defendants.
----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, INTAZ SAHEBDIN ("Plaintiff"), and Defendants, ANGELA KHELAWAN, and YADRAM HARRY, and A&N WEST INDIAN AMERICAN GROCERY, a/k/a A&N FISH MARKET (collectively the "Defendants"), through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: February 18, 2026

GORDON & GORDON, P.C.
Attorneys for Plaintiff

By: /s/Supriya Kichloo, Esq
Supriya Kichloo, Esq.
108-18 Queens Boulevard, 5th Floor
Forest Hills, NY 11375

William E. Bell, Esq
Attorney for Defendants

By: /s/William E. Bell, Esq
William E. Bell, Esq
285 Central Park West
New York, NY 10024

(718) 544-7070
Supriya.kichloo@gmail.com

(646) 342-7531
webellesq@gmail.com

SO ORDERED:

/s/ MKB

U.S.D.J.